UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENDRICK D. LATHAM,<br><br>    Defendant. | Case No. 4:01-cr-40047-JPG-2 |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on defendant Kendrick Latham's motion for a sentence reduction. (Doc. 265.) Latham asks the Court to reduce his sentence because of recent changes to the crack cocaine sentencing procedures, and though Latham does not cite any authorities, the Court presumes he brings his motion via 18 U.S.C. § 3582(c)(2) and the United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10. Regardless, the Court cannot consider Latham's request because he did not sign his motion. Federal Rule of Criminal Procedure 49(d) states that a paper must be filed in a manner provided for in a civil action. Federal Rule of Civil Procedure 11(a) instructs that every paper or written motion must be signed by either an attorney of record or by a party personally if the party is unrepresented. Rule 11(a) further instructs that the Court must strike an unsigned paper.

Here, Latham's motion was signed by someone who claims to be an authorized defendant for him. The Court cannot act on Latham's motion without his legal signature. Accordingly, the court orders the Clerk of Court to **STRIKE** Latham's motion.

**IT IS SO ORDERED.**
**DATED: FEBRUARY 13, 2018**

                                        *s/ J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**