IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 01-cr-40047-SMY-2 |
| | ) |
| KENDRICK D. LATHAM, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Defendant Kendrick D. Latham was sentenced, on November 7, 2002, to 480 months incarceration after a jury convicted him of conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base, commonly referred to as "crack cocaine," (Count I) and of possession with intent to distribute five (5) grams or more of cocaine base ("crack cocaine") (Count II) (Doc. 141, 145).  The sentence was later reduced to 360 months pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 264).

Latham filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 321).  That motion was subsequently revised after appointment of a Federal Public Defender (Doc. 326).  The Government responded in opposition (Doc. 328).  Latham filed a Reply (Doc. 331).  Pursuant to leave granted, Latham subsequently filed a supplement to his motion for compassionate release (Doc. 354).  The Government responded in opposition (Doc. 362).

Latham has now been released by the BOP to home confinement through RRM St. Louis with an anticipated release date of February 5, 2027.  See https://www.bop.gov/inmateloc/ (last visited July 25, 2022).  *See Pickett v. Sheridan Health Care Center*, 664 F.3d 632, 648 (7th Cir. 2011) (a court may judicially notice public records available on government websites). His release

renders his motion for compassionate release moot.  See, *United States v. Shorter*, 27 F.4th 572, 576 (7th Cir. 2022).

For the foregoing reasons, Defendant Kendrick D. Latham's Motion for Compassionate Release (Doc. 321, 326, 354) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

DATED:  July 26, 2022

_____
**STACI M. YANDLE**
**United States District Judge**